UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MOBIUS CONNECTIONS GROUP, INC., etc., | ) | |
| Plaintiff, | ) | 2:10-cv-1678-GMN-RJJ |
| vs. | ) | |
| TECHSKILLS, LLC, etc., *et al*., | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 17, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __20th__ day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge