1

2

3

4

5

6                                UNITED STATES DISTRICT COURT

7                                      DISTRICT OF NEVADA

8                                              * * *

9    MOBIUS CONNECTIONS GROUP, INC.,  )
     etc.,                            )
10                                    )
                   Plaintiff,         )            2:10-1678-GMN-RJJ
11                                    )
     vs.                             )
12                                    )
     TECHSKILLS, LLC., etc., *et al*.,  )              O R D E R
13                                    )
                   Defendant,         )
14   _____).

15          The Court having reviewed the docket in this case and good cause appearing therefore,

16          In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby

17   recuses himself from the above entitled matter because of substantial knowledge of this case

18   acquired during a settlement conference conducted with the parties.

19          Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and

20   Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court

21   for reassignment.

22          DATED this   27th   day of October, 2011.

23

24

25          _____

26          ROBERT J. JOHNSTON
            United States Magistrate Judge

27

28