Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone: (702) 445-7000
Fax: (702) 385-7743
Email: ron@reynoldslawyers.com
mac@reynoldslawyers.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOBIUS CONNECTIONS GROUP, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TECHSKILLS, LLC, a foreign Limited Liability Company; DOES I-X and ROES I-X, inclusive,<br><br>            Defendants. | Case No. 2:10-cv-01678-GMN-RJJ<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT AND DISMISSAL OF ACTION** |

Plaintiff Mobius Connections Group, Inc. ("Mobius"), and defendant TechSkills, LLC ("TechSkills"), through their respective counsel, hereby stipulate and agree that, in accordance with the terms of the parties' related Settlement Agreement and Release, as follows:

1.      Judgment shall be entered in favor of Mobius and against TechSkills in the amount of Eight Hundred Thousand Dollars ($800,000.00).

2.      Mobius covenants and agrees, further, that it will not attempt to execute on said Judgment until April 16, 2013.

///

///

///

///

119/6/2012

1

3. The parties stipulate and agree, further, that entry of Judgment herein shall fully dispose of all issues in this matter, and each party shall bear its own costs and expenses incurred herein, including attorneys' fees.

DATED: September 17, 2012.

**REYNOLDS & ASSOCIATES**

/s/ Ronald H. Reynolds
RONALD H. REYNOLDS, NV Bar 827
ron@reynoldslawyers.com
823 Las Vegas Blvd. South, Suite 280
Las Vegas, NV 89101
Attorney for Plaintiff, MOBIUS CONNECTIONS GROUP, INC.

**LEWIS AND ROCA LLP**

/s/ Thomas G. Ryan
THOMAS G. RYAN, NV Bar 9378
tryan@lrlaw.com
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
Attorney for Defendant, TECHSKILLS, LLC

**IT IS SO ORDERED** this 19th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge

229/6/2012

2